**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KAHLIMAH JONES, Individually and as the
representative of a class of similarly situated persons,

                              Case No.   1:20-cv-4179-NGG-SMG

        Plaintiff,

     - against -

LUMINARY MEDIA, LLC,

        Defendants.
-----------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Kahlimah Jones, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i) hereby provides notice of voluntary dismissal, with prejudice and without costs or attorneys' fees, of the above-referenced matter against Luminary Media, LLC. No Answer has been filed in this case.

Dated: Scarsdale, New York
       November 23, 2020

                                    SHAKED LAW GOUP, P.C.
                                    Attorneys for Plaintiff

                               By:  */s/Dan Shaked*
                                Dan Shaked (DS-3331)
                                14 Harwood Court, Suite 415
                                Scarsdale, NY 10583
                                Tel. (917) 373-9128
                                Fax (718) 704-7555
                                e-mail: ShakedLawGroup@Gmail.com