**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KAHLIMAH JONES, Individually and as the representative of a class of similarly situated persons,

                Plaintiff,

Case No.   1:20-cv-4179-NGG-SMG

- against -

LUMINARY MEDIA, LLC,

                Defendants.
-----------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Kahlimah Jones, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i) hereby provides notice of voluntary dismissal, with prejudice and without costs or attorneys' fees, of the above-referenced matter against Luminary Media, LLC.  No Answer has been filed in this case.

Dated:  Scarsdale, New York
        November 23, 2020

                              SHAKED LAW GOUP, P.C.
                              Attorneys for Plaintiff

                          By: _/s/Dan Shaked_____
                              Dan Shaked (DS-3331)
                              14 Harwood Court, Suite 415
                              Scarsdale, NY 10583
                              Tel. (917) 373-9128
                              Fax (718) 704-7555
                              e-mail: ShakedLawGroup@Gmail.com

SO-ORDERED.
/s/ Nicholas G. Garaufis, U.S.D.J.
Hon. Nicholas G. Garaufis
Date: January 15, 2021